UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:25-cv-01168-SVW-SK                           Date: May 22, 2025

Title:    *Elliott Nash v. K.W. Prunty, et al.*

Present: The Honorable STEPHEN V. WILSON, U.S. District Judge

| Paul Cruz | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings (In Chambers):**

On March 18, 2025, the Court postponed ruling on Plaintiff's request to proceed *in forma pauperis* because it was unclear whether he was a civil detainee or a prisoner, which affected whether he would still be required to pay the filing fee even if he qualified for *in forma pauperis* status. Dkt. 4 (citing *Page v. Torrey*, 201 F.3d 1136 (9th Cir. 2000)). Accordingly, the Court directed Plaintiff to file a short statement explaining his custody status and warned that if he did not comply within 30 days, the case would be dismissed without prejudice. Dkt. 4.

To date, Plaintiff has not responded to the Court's Order. Accordingly, this action is **DISMISSED** without prejudice. *See, e.g., Allen v. United States Dist. Ct. Dist. of Nevada*, 2022 WL 16702429, at *2 (D. Nev. Oct. 25, 2022) (dismissing § 1983 action where inmate failed to pay full filing fee or qualify for *in forma pauperis* status). All other pending matters are **TERMINATED**.

IT IS SO ORDERED.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:25-cv-01168-SVW-SK                                 Date: May 22, 2025

Title:      *Elliott Nash v. K.W. Prunty, et al.*